Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-1313
Facsimile (408) 287-7645

Attorney for Debtor.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| Maurice Eugene Rugroden, | ) Case No.: 11-53414 ASW |
| Debtor. | ) Date: March 4, 2013 |
| | ) Time: 2:15 p.m. |
| | ) Court: U.S. Bankruptcy Court |
| | )         280 S. First Street |
| | )         San Jose, CA 95113 |

SUPPLEMENTAL RESPONSE TO MOTION TO DISMISS

The tax issues have proven too complicated to be dealt with in the time frame demanded by the Court; therefore, no objections to claims or plan amendments could be filed.

Debtor requests additional time to consider whether to convert the case to Chapter 7.

Dated: 2/26/2013                    /s/Stanley Zlotoff

1